IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTTY BARKER, ID # 2768, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:21-CV-0853-D |
| | ) | |
| HENDERSON COUNTY JAIL, | ) | |
|     Respondent. | ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the court.

**SO ORDERED**.

January 10, 2022.

SIDNEY A. FITZWATER
SENIOR JUDGE